# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00022-CR

**Manuel Moreno, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. D-1-DC-10-300666, HONORABLE KAREN R. SAGE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In June 2012, appellant pled guilty to two counts of indecency and was placed on five years' deferred adjudication. In December 2013, the trial court signed two judgments adjudicating appellant's guilt and sentencing him to five and nine years' imprisonment. Appellant timely filed a notice of appeal, and the trial court signed a certification of appellant's right to appeal stating that this is a plea-bargain case and that appellant has no right to appeal. The record does not support the certification, however. *See Hargesheimer v. State*, 182 S.W.3d 906, 911-13 (Tex. Crim. App. 2006); *Dears v. State*, 154 S.W.3d 610, 614-15 (Tex. Crim. App. 2005). We therefore abate this appeal and remand the case to the trial court for entry of a corrected certification of appellant's right to appeal.

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Abated

Filed:   February 28, 2014

Do Not Publish